*A. G. Patterson* for appellant.

*C. H. Hitchcock* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Application of CHARLES BARTHEL-MESS et al., Respondents, *v.* MORRIS CUKOR et al., Composing the Municipal Civil Service Commission of the City of New York, Respondents.

LAWRENCE J. BENNETT et al., Appellants.

*Appeal — unanimous affirmance of order denying motion for leave to intervene — appeal, without permission, to Court of Appeals dismissed.*

Matter of Barthelmess v. *Cukor,* 201 App. Div. 881, appeal dismissed.

(Submitted November 21, 1922; decided December 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1922, which unanimously affirmed an order of Special Term denying a motion by appellants herein to be made parties defendant in the above-entitled proceeding.

*Florence J. Sullivan* for appellants.

*Albert de Roode* for relators, respondents.

*John P. O'Brien, Corporation Counsel (John F. O'Brien* of counsel), for defendants, respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. O'BRIEN, Appellant, *v.* RICHARD E. ENRIGHT, Police Commissioner of the City of New York, Respondent.

*Police — New York city — dismissal of patrolman on charges.*

People ex rel. O'Brien v. *Enright,* 202 App. Div. 813, affirmed.

(Argued November 21, 1922; decided December 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1922, which dismissed a writ of certiorari and confirmed a determination of the police commissioner

of the city of New York dismissing the relator, a patrolman, from the police force of that city. The charges against the relator were, in substance, that he absented himself from his post without obtaining permission from a superior officer; failing to make entry in his memorandum book in violation of section 77 of the police regulations; that he was guilty of neglect of duty and conduct unbecoming an officer in that he failed to take proper and appropriate police action regarding the delivery of ten barrels of wine to No. 52 Mulberry street on April 3, 1920, and that he accepted $100 from the complainant as a consideration to permit the delivery of the wine and failed to make proper and accurate entries in his book of this occurrence.

*Alexander S. Drescher* for appellant.

*John P. O'Brien, Corporation Counsel (William B. Carswell* and *William R. Wilson* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

GEORGE R. HARDIE, Appellant, *v.* INTERNATIONAL MILK PRODUCTS COMPANY, Respondent.

*Pleading — action for breach of contract — sufficiency of separate defense.*

*Hardie* v. *International Milk Products Co.,* 201 App. Div. 67, affirmed.
(Argued November 21, 1922; decided December 12, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 12, 1922, which reversed an order of Special Term granting a motion by plaintiff for judgment upon the pleadings and denied said motion. The action was for breach of an alleged contract by the terms of which defendant agreed to sell to plaintiff certain milk products during the continuance of a certain contract or renewals thereof entered into between defendant and the Bent Milk Food Corporation. The answer alleged as an affirmative defense that about the 1st day